```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 04027
    PAMELA R DOUTHIT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

       Debtor
    SSN XXX-XX-0721


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/03/2004 and was confirmed 03/29/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  18.00%.

      The case was paid in full 10/30/2007.
-------------------------------------------------------------------------------
   CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                   PAID          PAID
-------------------------------------------------------------------------------
   INTERNAL REVENUE SERVICE  PRIORITY            4913.01            .00         4913.01
   INTERNAL REVENUE SERVICE  UNSECURED            849.08            .00          152.83
   INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED            .00             .00
   AMERICAN EXPRESS TRAVEL   SPECIAL CLASS      2549.20             .00         2549.20
   AMERICASH LOANS LLC       UNSECURED           480.00             .00           86.40
   CAPITAL ONE BANK          UNSECURED         NOT FILED            .00             .00
   CITY OF CHICAGO PARKING   UNSECURED           210.00             .00           37.80
   FIFTH THIRD BANK          UNSECURED          6520.20             .00         1173.64
   FIFTH THIRD BANK          NOTICE ONLY       NOT FILED            .00             .00
   PREMIER BANCARD CHARTER   UNSECURED           523.67             .00           94.26
   ECAST SETTLEMENT CORP     UNSECURED          9602.51             .00         1728.45
   CREDITOR INTERCHANGE      NOTICE ONLY       NOT FILED            .00             .00
   ORCHARD BANK              UNSECURED         NOT FILED            .00             .00
   PAYDAY LOAN               UNSECURED         NOT FILED            .00             .00
   B-FIRST LLC               UNSECURED           623.82             .00          112.29
   NATIONAL ACTION FINANCIA  NOTICE ONLY       NOT FILED            .00             .00
   HELP SERVICE GROUP INC    UNSECURED          7869.58             .00         1416.52
   UNITED STUDENT AID FUNDS  UNSECURED         50329.61             .00         9059.33
   HELP SERVICE GROUP INC    UNSECURED         19986.30             .00         3597.53
   PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                        2,700.00
   TOM VAUGHN                TRUSTEE                                            1,562.73
   DEBTOR REFUND             REFUND                                               471.01

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE               29,655.00

   PRIORITY                                     4,913.01
   SECURED                                           .00
   UNSECURED                                    20,008.25

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 04027 PAMELA R DOUTHIT
```

```
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                        1,562.73
DEBTOR REFUND                                                 471.01
                                     ---------------    ---------------
TOTALS                                     29,655.00          29,655.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 01/28/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 04 B 04027 PAMELA R DOUTHIT